```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

BOBBY F. HUNTER                                               PLAINTIFF

        v.                    Civil No. 12-5150

JAIL ADMINISTRATOR RANDALL
DENZER                                                        DEFENDANT

<u>**ORDER**</u>

Now on this 7TH day of January, 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #26), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** (document #26) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that defendant's **motion to dismiss (document #24) is granted and this matter is dismissed on the grounds that plaintiff has failed to respond to a Court order and failed to prosecute this action.** *See* **Fed. R. Civ. P. 41(b). Additionally, this matter is dismissed based on plaintiff's own statement that he did not want to proceed with this case**.

**IT IS SO ORDERED.**

                                                         /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE